USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 9-30-13

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

MARTIN ROJAS, et al.,

                Plaintiffs,

    - against -

TRIBECA SUSHI, INC., et al.,

                Defendants.

ORDER

13 Civ. 05272 (JPO) (RLE)

**RONALD L. ELLIS, United States Magistrate Judge:**

Following a conference with the Court on **September 24, 2013**,

    **IT IS HEREBY ORDERED THAT** the parties submit a joint status report to the Court on or by **October 24, 2013**.

SO ORDERED this 27th day of September 2013
New York, New York

_Ronald L. Ellis_
The Honorable Ronald L. Ellis
United States Magistrate Judge